# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**Tyler Mirabile,**

    **Petitioner,**

    v.

**Warden Richland Correctional
Institution,**

    **Respondent.**

**Case No. 2:25-cv-1159**

**Judge Michael H. Watson**

**Magistrate Judge Jolson**

## ORDER

Petitioner filed a (mostly blank) petition for a writ of habeas corpus, ECF No. 1, without either paying the $5 filing fee or moving for leave to proceed *in forma pauperis*. Notice of Deficiency, ECF No. 2. Accordingly, the Magistrate Judge ordered Petitioner to pay the filing fee or move for leave to proceed *in forma pauperis* within thirty days. Order, ECF No. 3. Petitioner failed to comply, so the Magistrate Judge ordered Petitioner to show cause as to why his petition should not be dismissed for failure to prosecute. Order, ECF No. 4. Petitioner failed to respond to the show cause order. Next, the Magistrate Judge recommended that the Court dismiss Petitioner's Petition for failure to prosecute, notified Petitioner of his right to object to that recommendation, and warned him of the consequences of failing to do so. R&R, ECF No. 5. Petitioner again failed to respond. In short, in October 2025, Petitioner filed a Petition for a writ of habeas corpus that contained no grounds for relief, and he has filed nothing

since then.  Accordingly, the Court **ADOPTS** the R&R and **DISMISSES**

**WITHOUT PREJUDICE** the Petition pursuant to Federal Rule of Civil Procedure

41(b).  The Clerk shall enter judgment for Respondent and terminate this case.

**IT IS SO ORDERED.**

**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**

2:25-cv-1159                                                        Page 2 of 2